99909   HLN/la

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRUSTGARD INSURANCE CO., et al. | CASE NO. 1:17-cv-03828-TWP-MJD |
| Plaintiffs | JUDGE TANYA WALTON PRATT |
| | MAGISTRATE JUDGE MARK J. DINSMORE |
| vs. | |
| BROAN-NUTONE LLC | **PLAINTIFF'S NOTICE OF SERVICE OF INITIAL DISCLOSURE STATEMENT** |
| Defendant | |

Now comes the Plaintiff, by and through counsel, and hereby notifies this Court that it has served Plaintiff's Initial Disclosure Statement upon the respective parties as required under Federal Rule 26(a)(1) this 9th day of January, 2018.

Respectfully submitted,

*/s/ Herbert L. Nussle*
_____
Herbert L. Nussle (0063551)
KEIS | GEORGE llp
55 Public Square, #800
Cleveland, Ohio 44113
(216) 241-4100
Fax: (216) 771-3111
Email: *hnussle@keisgeorge.com*
***Attorney for Plaintiff***
***Trustgard Insurance Company***

## PROOF OF SERVICE

A copy of the foregoing has been served upon:

Michael L. Schultz, Esq.
Parr Richey Frandsen Patterson Kruse LLP
251 N. Illinois Street, Suite 1800
Indianapolis, IN 46204
*Attorney for Intervening Plaintiff Deana Stewart*

Phil L. Isenbarger, Esq.
Bingham Greenebaum Doll LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
*Attorney for Defendant*

by electronic mail ONLY this 9th day of January, 2018.

*/s/ Herbert L. Nussle*

Herbert L. Nussle (0063551)